The People of the State of New York ex rel. Andrew Zuris, Appellant, v. Edgar S. Jennings, as Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Order affirmed. All concur, except Crouch, J., not voting. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [134 Misc. 46.]

Farmers and Traders Life Insurance Company, Respondent, v. Felice Capone and Another, Defendants. Mary Capone, Appellant.— Judgment affirmed, with costs. All concur, except Crouch, J., not voting. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

Meisenzahl Bros. Coal Company, Incorporated, Appellant, v. B. G. Costich & Sons, Incorporated, Respondent.— Judgment affirmed, with costs. All concur, except Crouch, J., not voting. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

Pius L. Schwert, Respondent, v. Henry G. Hayes, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

The People of the State of New York, Respondent, v. Herbert Rothery and National Surety Company, Defendants. James Moore, Appellant.— Order affirmed. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Robert DeWein, an Infant, by Christopher DeWein, His Guardian ad Litem, Respondent, v. Leon L. Lancaster, Appellant.— Order affirmed, with costs, on the ground that the verdict, in respect to contributory negligence, was against the weight of the evidence. All concur, except Edgcomb, J., who dissents and votes for reversal. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Christopher DeWein, Respondent, v. Leon L. Lancaster, Appellant.— Order affirmed, with costs, on the ground that the verdict, in respect to contributory negligence, was against the weight of the evidence. All concur, except Edgcomb, J., who dissents and votes for reversal. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of Darrell D. Sully, as Trustee for Reynolds P. McAlpine, under the Last Will and Testament and Codicil Thereto of Susan P. McAlpine, Late of Rochester, N. Y., Deceased.— Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

H. Nile Eddy, as Receiver of the Property of Ernest F. Rubenstine, Respondent, v. Ernest F. Rubenstine and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Adirondack Power and Light Corporation, Appellant, v. John G. Evans and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Thompson and Crosby, JJ.

Laura E. Stein, Appellant, v. Carl A. Stein, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.

Laura E. Stein, Appellant, v. Carl A. Stein, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.